# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Rehrig International Incorporated, *et al.*[1] | Case No. 08-12064 (KJC) |
| Debtors. | (Jointly Administered)<br>Re: Docket No. 104 |

## ORDER AUTHORIZING THE RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors and Debtors-in-Possession (the "Debtors") to retain Lowenstein Sandler PC ("Lowenstein Sandler") to serve as counsel for the Committee; and upon consideration of the certification of counsel in support of the Application; and the Court being satisfied that Lowenstein Sandler represents no adverse interest in the matters with respect to which it is to be employed; and notice of the Application being sufficient; and good cause appearing therefore;

It is on this 22nd day of October, 2008

**ORDERED** as follows:

1. The Application is approved.

2. Pursuant to 11 U.S.C. §§ 328(a) and 1103, the Committee is authorized to employ and to retain Lowenstein Sandler, effective as of September 18, 2008, to serve as its counsel in the above-captioned cases.

---

[1] The Debtors in these cases are Rehrig International, Inc., Woodside-United Acquisition, LLC and Woodside RU Holdings, Inc.

22213/2
10/16/2008 9868317.1

3. The fees and expenses of any Chinese language translator that may be utilized by the Committee shall be subject to a separate application pursuant to 11 U.S.C. Section 503(b)(3)(F).

4. Lowenstein Sandler shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and any Order entered by this Court in respect of compensation of professionals.

_____
Honorable Kevin J. Carey
United States Bankruptcy Chief Judge