IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| REHRIG INTERNATIONAL ) | Case No. 08-12064 (KJC) |
| INCORPORATED, a Delaware ) | |
| Corporation, *et al.*,[1] ) | Jointly Administered |
| ) | |
| ) | Re: Docket No. 109 |
| Debtors. ) | |

## ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF REHRIG INTERNATIONAL INCORPORATED, A DELAWARE CORPORATION, *ET AL.*, TO EMPLOY BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP AS ITS COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 1103, FED. R. BANKR. P. 2014, AND DEL. BANKR. L.R. 2014-1, EFFECTIVE AS OF SEPTEMBER 25, 2008

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Rehrig International Incorporated, a Delaware Corporation, *et al.*, (the "Debtor") for an Order authorizing the Committee to employ Benesch Friedlander Coplan & Aronoff, LLP ("Benesch") as its counsel in this chapter 11 case and the Certification of Counsel Regarding Docket No. 109 and the Court having reviewed the Application and the Verified Statement of Bradford J. Sandler in Support of the Application (the "Verified Statement"), a partner in the law firm of Benesch, attached to the Application; and the Court having determined that the legal and factual basis set forth in the Application and the Verified Statement establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Rehrig International Incorporated (1479), Woodside-United Acquisition, LLC (3145) and Woodside RU Holdings, Inc. (3711).

C.  Notice of the Application was sufficient under the circumstances.

D.  The Application and the Verified Statement are in full compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules")

IT IS HEREBY ORDERED THAT:

1.  The Application is GRANTED.

2.  The Committee is authorized to employ Benesch as its counsel in this chapter 11 case in accordance with the Application and the Verified Statement, effective as of September 25, 2008.

3.  Benesch is authorized to perform any and all legal services for the Committee that are necessary or appropriate in connection with these chapter 11 cases.

4.  Benesch shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: Nov. 25, 2008

BY THE COURT:

Kevin J. Carey
Chief United States Bankruptcy Judge

---

2   Capitalized terms not defined herein have the meaning given to them in the Application.