IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> REHRIG INTERNATIONAL INCORPORATED, et al.[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 08-12064 (KJC) <br><br> Jointly Administered <br><br> Re: Docket No. 363 |

## ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES INCURRED BY COMMITTEE'S TRANSLATOR AND ALLOWANCE AS AN ADMINISTRATIVE EXPENSE

THIS MATTER having been brought before the Court by the Official Committee of Unsecured Creditors (the "Committee"), upon its Application for reimbursement of expenses incurred by a Chinese language translator providing translating services to the Committee in connection with the Debtors' Chapter 11 cases and allowance as an administrative expense; and upon adequate notice of the Application to the United States Trustee for the District of Delaware; counsel for the Chapter 7 trustee, counsel for the Debtors, counsel for the Debtors' pre-petition and post-petition secured lenders and those parties who have requested service of notices pursuant to Bankruptcy Rule 2002; and the Court having considered all papers submitted; and for good cause shown;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. Pursuant to 11 U.S.C. § 503(b)(3)(F), Dr. Haishan Liu is allowed an administrative expense in the Debtors' bankruptcy cases in the amount of $3,150.00.

Dated: March 17, 2009

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

---

[1] The Debtors in these cases are: Rehrig International Incorporated, Woodside-United Acquisition, LLC and Woodside RU Holdings, Inc.

22213/2
01/30/2009 10659019.1